# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LARRY W. MITCHELL, JR., #Y-21970**

    **Petitioner,**

**vs.**                                          **CASE NO. 4:13cv284-MW/CAS**

**ATTORNEY GENERAL, STATE OF FLORIDA, et al.,**

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed May 15, 2013, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis by June 17, 2013. Doc. 3. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. Because Plaintiff failed to comply with that order, a Report and Recommendation was entered on June 24, 2013, recommending dismissal of this case. Doc. 4. However, on the same day the Report and Recommendation was entered, Petitioner filed a motion for enlargement of time to comply with the court order and therefore the Report and Recommendation was vacated and Petitioner was given until July 18, 2013 to either pay the $5.00 filing fee or

submit an IFP form. Docs. 5 and 6. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on August 5, 2013.

s/ Charles A. Stampelos<br>
CHARLES A. STAMPELOS<br>
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv284-MW/CAS