IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY W. MITCHELL, JR.,
#21970
    Petitioner,

v.                                        CASE NO. 4:13-cv-284-MW/CAS

ATTORNEY GENERAL,
STATE OF FLORIDA, et al.,

    Respondents.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed August 5, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for failure to pay the $5.00 filing fee or motion to proceed in forma pauperis." The Clerk shall close the file.

**SO ORDERED on August 28, 2013.**

                                                             s/Mark E. Walker
                                                            **United States District Judge**